## TERRELL *v.* MARIETTA PAPER MFG. CO.

*Atkinson, J.*—There is nothing to take this case out of the established rule relating to refusals to grant interlocutory injunctions. The evidence being conflicting as to whether or not the defendant's proposed works will cause a diminution of the quantity of water in the stream above the plaintiff's mill, appreciably affecting the operation of the latter's machinery, there was no abuse of discretion in denying the injunction.

May 11, 1896.          *Judgment affirmed.*

Petition for injunction.    Before Judge Gober.    Cobb county.    March 12, 1896.

*J. E. Mozley, N. A. Morris* and *J. T. Pendleton,* for plaintiff.

*Clay & Blair* and *Sessions & Sessions,* for defendant.